# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN CARR | CASE NO.   1:08-cv-01931-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR MODIFICATION OF SCHEDULING ORDER |
| v. | (ECF No. 44) |
| MATTHEW CATE, et al., | |
| Defendants. | DISPOSITIVE MOTIONS DUE WITHIN THIRTY DAYS |

Plaintiff Orrin Carr ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 15, 2011, Defendants filed a Motion for Modification of Scheduling Order requesting additional time to file dispositive motions.  (ECF No. 44.)  Defendants state that such additional time is necessary to allow them an opportunity to access Plaintiff's prison file and complete a motion for summary judgment.  Plaintiff has not filed any pleading related to this Motion.

For good cause shown, Defendant's Motion for Modification of Scheduling Order is GRANTED.  Dispositive motions shall be filed within thirty days.

IT IS SO ORDERED.

Dated:   April 22, 2011

UNITED STATES MAGISTRATE JUDGE