UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRIN CARR,<br><br>             Plaintiff,<br><br>       v.<br><br>MATTHEW CATE, et al.,<br><br>             Defendants. | Case No.: 1:08-cv-01931-LJO-SAB (PC)<br><br>ORDER SETTING BRIEFING SCHEDULE FOLLOWING REMAND FROM THE UNITED STATES COURT OF COURTS FOR THE NINTH CIRCUIT<br><br>[ECF Nos. 82, 84] |

Plaintiff Orrin Carr is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 3, 2014, the United States Court of Appeals for the Ninth Circuit reversed and remanded the action. The Court disagreed with the grant of summary judgment in favor of Defendants and found that Plaintiff "was not on notice that his conduct violated Cal. Code Regs. Tit. 15, § 3013, therefore, the prison violated [Plaintiff's] due process rights." (ECF No. 82, Order at 2.) The action was reversed and remanded for further proceedings.[1] Id.

Pursuant to the ruling by the Ninth Circuit, the Court will hereby set a briefing scheduling. Accordingly, IT IS HEREBY ORDERED that:

---

[1] The mandate issued January 8, 2014. (ECF No. 84.)

1

1. Within **sixty (60)** days from the date of service of this order, Defendants may file any motions related to the case, including a dispositive motion;
2. Within **thirty (30)** days from the date that Defendants file a motion, Plaintiff may file an opposition to said motion; and
3. If no motions are filed, then the Court will be set the matter for further proceedings or an order will issue addressing future proceedings, including trial setting.

IT IS SO ORDERED.

Dated:   **January 27, 2015**

UNITED STATES MAGISTRATE JUDGE

2