**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORRIN CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-01931-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO THE PARTIES' STIPULATION<br><br>[ECF No. 100] |

　　　　Plaintiff Orrin Carr is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 3, 2015, the parties filed a stipulation for voluntary dismissal, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　　Pursuant to the parties' stipulation, this action is dismissed, with prejudice, and each party shall bear their own costs in connection with this action.  This Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement agreed to by the parties.

IT IS SO ORDERED.

　　Dated:　**August 4, 2015**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE